GARY J. LORCH (State Bar No. 119989)
Email: glorch@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
ARNOLD FASTENING SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARNOLD FASTENING SYSTEMS, INC., | Case No. 2:25-cv-11255 |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| v. | 1. **BREACH OF CONTRACT;** |
| FARADAY & FUTURE INC., | 2. **ACCOUNT STATED;** |
| Defendant. | 3. **UNJUST ENRICHMENT; AND** |
|  | 4. **QUANTUIM VALEBANT** |

Plaintiff Arnold Fastening Systems, Inc. ("Arnold" or "Plaintiff"), for its Complaint against Defendant Faraday & Future Inc. ("Faraday" or "Defendant"), hereby states as follows:

**PARTIES**

1. Arnold is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 1873 Rochester Industrial Ct., Rochester Hills, MI 48309.

2. Faraday is, upon information and belief, a corporation existing and organized under the laws of California with a principal place of business of 18455 S. Figueroa St., Gardena, CA 90248.

## JURISDICTION AND VENUE

3. This action arises under California state law governing breach of contract.

4. This Court has personal jurisdiction over Defendant because the company resides and operates within the State of California and, therefore, is subject to the jurisdiction of a county of general jurisdiction in the State of California. Additionally, Defendant has sufficient contacts with California to be subject to personal jurisdiction in this district.

5. This Court has subject matter jurisdiction over the claims pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

6. This action is properly venued in the United States District Court for the Central District of California, Western Division, because Defendant's headquarters are located in Gardena, California, within the county of Los Angeles.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

7. Arnold is a worldwide leading seller of automotive fasteners.

8. Faraday designs and manufactures electric automotive vehicles.

9. On or about May 2, 2022, Faraday delivered a purchase order to Arnold for approximately 2.4 million fasteners to be used in the manufacture of Faraday's electric vehicles (the "Purchase Order").

10. The Purchase Order constituted a contract in which Arnold agreed to supply and Faraday agreed to pay for automotive fasteners.

11. On May 31, 2022, Faraday made a down payment on the Purchase Order in the amount of $125,472.

12. Between May and November of 2022, Arnold delivered and Faraday accepted approximately 2.4 million fasteners via invoices totaling $252,610.10 (the "Invoices") under the Purchase Order.

13. Faraday acknowledged the amount owed multiple times via email, even going so far as to state, "we are unable to settle past dues with cash at this time," and offering Arnold stock shares in lieu of a cash payment on October 29, 2024, which Arnold refused.

14. Despite Arnold's repeated demands for payment under the contract, Faraday's acknowledgement of the debt, and Faraday's repeated promises to make payment on that debt, Faraday has made no additional payments on the unpaid Invoice balance of $127,138.10 for goods sold under the contract.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract)

15. Arnold repeats the allegations set forth in the preceding paragraphs as if set forth at length herein.

16. The Purchase Order and Invoices constituted a valid and enforceable contract.

17. At all times since the commencement of the contractual relationship, Arnold has honored all of its obligations as defined by the contract.

18. Pursuant to the Purchase Order and Invoices, Faraday was contractually bound to pay the total cost of the goods Invoiced thereunder.

19. Faraday breached the contract by not paying the $127,138.10 balance owed on the goods Arnold Invoiced under the Purchase Order.

20. Arnold has been damaged in the amount of $127,138.10 by Defendant's breach of contract.

21. The Purchase Order contains certain Terms and Conditions, more fully described therein, including but not limited to a Term providing that the prevailing party in an action to enforce the parties' contract, shall be awarded reasonable

attorney's fees in addition to other costs.  Arnold has been required to retain counsel to represent it in this action to enforce the parties' contract, and to recover the amounts due to it under that contract.  Accordingly, pursuant to California Civil Code § 1717, Arnold will be and is entitled to an award of its fees and costs incurred in this action.

## SECOND CLAIM FOR RELIEF

### (Account Stated)

22. Arnold repeats the allegations of the preceding paragraphs as if set forth at length herein.

23. Faraday is indebted to Arnold in the sum of $127,138.10, upon an account stated between them, pursuant to the Purchase Order and Invoices.

24. Defendant promised to pay said amount upon demand.

25. Arnold demanded payment of the amount due.

26. Defendant has not made payment.

27. Arnold has suffered damages by Defendant's failure to pay.

28. Pursuant to California Civil Code § 1717.5, Arnold is entitled to an award of attorney's fees on this Account Stated Claim for Relief.

## THIRD CLAIM FOR RELIEF

### (Unjust Enrichment)

29. Arnold repeats the allegations of the preceding paragraphs as if set forth at length herein.

30. Arnold provided goods to Defendant and reasonably expected payment for same.

31. Defendant had notice and knowledge that Arnold expected to be paid for said goods.

32. Defendant received a substantial and definite benefit from Arnold and must therefore provide reasonable compensation to Arnold.

33. Defendant did not provide reasonable compensation to Arnold.

34. Arnold has been damaged as a direct and proximate result of Defendant's retention of the benefits described herein.

35. The retention of the benefit by Defendant is unjust.

## FOURTH CLAIM FOR RELIEF

### (Quantum Valebant)

36. Arnold repeats the allegations of the preceding paragraphs as if set forth at length herein.

37. Arnold provided goods to Defendant and reasonably expected payment for same.

38. Defendant impliedly and expressly promised to pay for the goods provided by Arnold pursuant to the contract.

39. Defendant did not pay for the goods provided by Arnold to Defendant pursuant to the Purchase Order and Invoices.

40. It would be unjust, unfair, and inequitable for Defendant to retain the benefit it gained from withholding payment for the goods.

41. Arnold has been damaged by Defendant's failure to pay.

42.

## PRAYER FOR RELIEF

WHEREFORE, Arnold prays for judgment against Defendant as follows:

1. For an award of $127,138.10 resulting from the breach of the Purchase Order and Invoices;
2. For an award of reasonable attorneys' fees and costs incurred herein;
3. For an award of costs of suit incurred herein;
4. For pre- and post-judgment interest; and

///

///

///

///

5. For such other relief as the Court deems just and appropriate.

6.

Dated: November 24, 2025

GARY J. LORCH
GORDON REES SCULLY
MANSUKHANI, LLP


By: _/s/ Gary J. Lorch_ _____
GARY J. LORCH
Attorneys for Plaintiff ARNOLD
FASTENING SYSTEMS, INC.

## DEMAND FOR JURY TRIAL

Plaintiff Arnold Fastening Sytems, Inc. hereby demands a trial by jury on all claims for relief so triable.

Dated: November 24, 2025

GARY J. LORCH
GORDON REES SCULLY
MANSUKHANI, LLP


By: __/s/ Gary J. Lorch_ _____
GARY J. LORCH
Attorneys for Plaintiff ARNOLD
FASTENING SYSTEMS, INC.

- 6 -

2:25-cv-11255
COMPLAINT

GORDON REES SCULLY
MANSUKHANI, LLP
ATTORNEYS AT LAW
LOS ANGELES