NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Gary J. Lorch (SBN 119989)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: glorch@grsm.com

ATTORNEY(S) FOR: Plaintiff Arnold Fastening Systems, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD FASTENING SYSTEMS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> FARADAY & FUTURE INC., <br><br> Defendant(s) | CASE NUMBER: <br> 2:25-cv-11255 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff ARNOLD FASTENING SYSTEMS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ARNOLD FASTENING SYSTEMS, INC. | Plaintiff |
| FARADAY & FUTURE INC. | Defendant |

| | |
|---|---|
| November 24, 2025 | /s/ Gary J. Lorch |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff ARNOLD FASTENING SYSTEMS, INC.