POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Gary J. Lorch (SBN: 119989)<br>Gordon Rees Scully Mansukhani, LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 576-5000   FAX NO. *(Optional)*: (213) 680-4470<br>E-MAIL ADDRESS *(Optional)*: glorch@grsm.com<br>ATTORNEY FOR *(Name)*: Plaintiff ARNOLD FASTENING SYSTEMS, INC. | |

**UNITED STATES DISTRICT COURT – CENTRAL DISTRICT**
STREET ADDRESS: 350 W 1st Street, Suite 4311
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012-4565
BRANCH NAME: Western Division

PLAINTIFF/PETITIONER: ARNOLD FASTENING SYSTEMS, INC.,

DEFENDANT/RESPONDENT: FARADAY & FUTURE INC.,

CASE NUMBER: 2:25-cv-11255

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: FSINS-1403721

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Notice of Interested Parties; Notice of Assignment; Notice of Parties of Court-Directed ADR Program; Notice of Counsel Re Consent to Proceed; Summons Issued by the Court
3. a. Party served *(specify name of party as shown on documents served):* FARADAY & FUTURE INC.
      VCORP AGENT SERVICES, INC., REGISTERED AGENT, BY SERVING HENRY LIWAG, PERSON AUTHORIZED TO ACCEPT SERVICE
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: 330 N. BRAND BLVD. #700, GLENDALE, CA 91203
5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 12/4/2025   (2) at *(time)*: 12:34pm
   b. ☐ **by substituted service.** On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:         **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: ARNOLD FASTENING SYSTEMS, INC., | CASE NUMBER: 2:25-cv-11255 |
|---|---|
| DEFENDANT/RESPONDENT: FARADAY & FUTURE INC., | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*       (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
   a. Name: ALEX GUEVARA
   b. Address: 800 W. 1ST ST. #200B, LOS ANGELES, CA 90012 c/o USA Legal Network (# 1227741IV)
   c. Telephone number: 213.607.9000
   d. **The fee** for service was: $ 199.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☒ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 12/4/2025

ALEX GUEVARA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ▶ *(signature)*   (SIGNATURE)